IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 12-cv-3230-LTB


MARTIN P. GUARNEROS,

        Applicant,

v.

MR. GARY WILSON, Denver Under-Sheriff/Warden,

        Respondent.

_____

JUDGMENT

_____


        Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on January 22, 2013, it is hereby

        ORDERED that Judgment is entered in favor of Respondent and against

Applicant.

        DATED at Denver, Colorado, this 22 day of January, 2013.

                                        FOR THE COURT,

                                        JEFFREY P. COLWELL, Clerk


                                        By: s/  S. Grimm
                                                Deputy Clerk